IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**RAMON JAQUEZ, on behalf of himself and all others similarly situated,**

        Plaintiff,

-v-

**PARADIGM HEALTH & WELLNESS, INC.,**

        Defendant.

Civil Case Number: 1:20-cv-10399-AJN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2021

### [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 26, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:20-cv-10399-AJN**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS _27_ day of_March 2021.**

_____
HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE